THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| INSTASOL LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>E M DIGITAL LIMITED, a foreign entity; and DR. GURUGE ELMO LAKSHMAN PERERA, a foreign individual,<br><br>Defendants. | CASE NO. C18-0391-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to extend Defendants' deadline to file responsive pleadings (Dkt. No. 8). The Court GRANTS the motion and ORDERS that Defendants shall file their responsive pleadings to Plaintiff's complaint by July 14, 2018. Any Rule 12 motion filed in response to the complaint shall be noted as a fourth Friday motion under Local Civil Rule 7. *See* W.D. Wash. Local Civ. R. 7(d)(3).

//

//

//

MINUTE ORDER
C18-0391-JCC
PAGE - 1

1 | DATED this 6th day of June 2018.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk

MINUTE ORDER
C18-0391-JCC
PAGE - 2